UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60831-LEIBOWITZ/Augustin-Birch

**NATHAN VIDAL, DEBRA KENNICK, ABDJUL MARTIN, and EDUARDO GRANADOS**, *on behalf of themselves and all other similarly situated individuals*,

    *Plaintiffs*,

v.

**THE HERSHEY COMPANY**,

    *Defendant*.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in the Southern District of Florida on May 17, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** _____MELISSA DAMIAN_____.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation: 24-CV-60831-DAMIAN/VALLE

**BY ORDER** of the Court this \_\_\_21st\_\_\_ day of May 2024.

ANGELA E. NOBLE
Clerk of Court

By:

/s/Yvette Y. Alexander

copies provided to:
counsel of record
Clerk of Court