# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Nathan Vidal, Debra Kennick, Abdjul Martin, and Eduardo Granados, on behalf of themselves and all other similarly situated individuals,<br><br>                    Plaintiffs,<br><br>vs.<br><br>The Hershey Company,<br><br>                    Defendant. | Case No.: 24-60831-CIV-DAMIAN/Valle |

**DECLARATION OF JAMES C. KELLY IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, James C. Kelly, declare under penalty of perjury, that the following is true and correct:

1. I am co-counsel for Plaintiffs in the above-captioned action.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3. Attached as Exhibit 1 hereto is a true and correct copy of a list of 44 cases—28 of which were contested—where certification was granted although customer receipts may be unavailable.

4. I declare under penalty of perjury that the foregoing is true and correct.

Date: February 21, 2025

                                                      /s/ *James C. Kelly*
                                                      James C. Kelly, Esq. (admitted *pro hac vice*)
                                                      THE RUSSO FIRM
                                                      244 5th Avenue, Suite K-278
                                                      New York, NY 10001
                                                      T: 212-920-5042
                                                      E: jkelly@therussofirm.com

                                                      *Counsel for Plaintiffs*

1

# EXHIBIT 1

# Cases In Which Classes Were Certified On Consumer Claims Where Purchasers Were Unlikely To Have Retained Receipts

## Contested (Non-Settlement Class)

*Hasemann v. Gerber Products Co.*, 331 F.R.D. 239, 272 (E.D.N.Y. 2019) (certifying Florida and New York classes of consumers who purchased Good Start Gentle infant formula)

*Famular v. Whirlpool Corporation*, 2019 WL 1254882, at *4 (S.D.N.Y. March 19, 2019) (certifying a New York class of purchasers of various models of Whirlpool washing machines).

*Kurtz v. Kimberly-Clark Corp.*, 321 F.R.D. 482, 539 (E.D.N.Y. 2017) (certifying various New York classes of purchasers of flushable wipes from different manufacturers)

*Goldemberg v. Johnson & Johnson Consumer Companies, Inc.*, 317 F.R.D. 374, 399 (S.D.N.Y. 2016) (certifying Florida, California, and New York classes of purchasers of various Aveeno Active Naturals products under (b)(3) for damages and (b)(2) for injunctive relief)

*In re Scotts EZ Seed Litig.*, 304 F.R.D. 397, 407 (S.D.N.Y. 2015) (certifying California and New York classes of purchasers of Scotts EZ Seed).

*Ebin v. Kangadis Food Inc.*, 2014 WL 737960, at *9 (S.D.N.Y. Feb. 25, 2014) (certifying a nationwide class of purchasers of pomace oil mislabeled as "pure olive oil").

*Astiana v. Kashi Co.*, 291 F.R.D. 493, 510 (S.D. Cal. 2013) (certifying a class of California purchasers of Kashi food products that were mislabeled with the representation "Nothing Artificial").

*Thurston v. Bear Naked, Inc.*, 2013 WL 5664985, at *12 (S.D. Cal. 2013) (certifying a class of California purchasers of Bear Naked food products that were mislabeled with the representations "100% Pure & Natural" and "100% Natural").

*In re Whirlpool Corp. Front-Loading Washer Prods. Liab. Litig.*, 722 F.3d 838, 861 (6th Cir. 2013) (affirming district court's certification of a liability class of Ohio purchasers of Whirlpool Duet front-loading washing machines).

*Guido v. L'Oreal, USA, Inc.*, 284 F.R.D. 468 (C.D. Cal. 2012) (certifying California and New York classes of purchasers of L'Oreal's Garnier Fructis Sleek & Shine Anti-Frizz Serum, which include claims under GBL §§ 349 and 350).

*Tait v. BSH Home Appliances Corp.*, 289 F.R.D. 466, 498 (C.D. Cal. 2012) (certifying state classes of purchasers of Bosch and Siemens brand 27" front-loading automatic washing machines).

*Ries v. Arizona Beverages USA LLC*, 287 F.R.D. 523, 542 (N.D. Cal. 2012) (certifying a class of California purchasers of Arizona beverages mislabeled with the representations "All Natural," "Natural," or "100% Natural").

*Johns v. Bayer Corp.*, 280 F.R.D. 551, 560 (S.D. Cal. 2012) (certifying a class of California purchasers of Bayer One A Day Men's Health Formula and One A Day Men's 50+ Advantage multivitamins).

*In re POM Wonderful LLC Mktg. & Sales Practices Litig.*, 2012 WL 4490860, at *7 (C.D. Cal. Sept. 28, 2012) (certifying a class of purchasers of POM Wonderful pomegranate juice products).

*In re Ferrero Litig.*, 278 F.R.D. 552, 562 (S.D. Cal. 2011) (certifying a class of purchasers of Nutella hazelnut spread).

*Johnson v. General Mills, Inc.*, 275 F.R.D. 282, 290 (C.D. Cal. 2011) (certifying a class of purchasers of Yoplait Yo-Plus yogurt).

*Godec v. Bayer Corp.*, 2011 WL 5513202, at *7-8 (N.D. Ohio Nov. 11, 2011) (certifying a class of Ohio purchasers of Bayer One A Day Men's Health Formula and One A Day Men's 50+ Advantage multivitamins).

*Delarosa v. Boiron, Inc.*, 275 F.R.D. 582, 595 (C.D. Cal. 2011) (certifying a class of California purchasers of Children's Coldcalm homeopathic cold products).

*Zeisel v. Diamond Foods, Inc.*, 2011 WL 2221113, at *10 (N.D. Cal. June 7, 2011) (certifying a class of purchasers of Diamond Shelled Walnut products that were mislabeled with certain representations regarding the health benefits of omega-3 fatty acids).

*Chavez v. Blue Sky Natural Beverage Co.*, 268 F.R.D. 365, 380 (N.D. Cal. 2010) (certifying a class of purchasers of Blue Sky beverages).

*Lee v. Carter-Reed Co., L.L.C.*, 4 A.3d 561, 583 (N.J. 2010) (reversing and remanding lower court's denial of class certification for New Jersey purchasers of the Relacore weight loss supplement).

*Rivera v. Bio Engineered Supplements & Nutrition, Inc.*, 2008 WL 4906433, at *5 (C.D. Cal. Nov. 13, 2008) (certifying a class of purchasers of defendant's Cellmass, Nitrix, and N.O.- Xplode workout supplements).

*Elias v. Ungar's Food Products, Inc.*, 252 F.R.D. 233, 252 (D.N.J. 2008) (certifying class of purchasers of certain Dr. Praeger's frozen food products that misrepresented the amount of calories and fat per serving).

*In re Reformulated Gasoline (RFG) Antitrust & Patent Litig.*, 2007 WL 8056980, at *13 (C.D. Cal. Mar. 27, 2007) (certifying class of California purchasers of Unocal gasoline marked as compliant with the regulations promulgated by the California Air Resources Board).

*Gordon v. Microsoft Corp.*, 2003 WL 23105552, at *1 (Minn. Dist. Ct. Mar. 14, 2003) (certifying a class of purchasers of Microsoft Word or Microsoft Excel).

*Gasperoni v. Metabolife, Intern. Inc.*, 2000 WL 33365948, at *1 (E.D. Mich. Sept. 27, 2000) (certifying a class of Michigan purchasers of the diet product Metabolife 365, an ephedrine product).

*In re Playmobil Antitrust Litig.*, 35 F. Supp. 2d 231, 236 (E.D.N.Y. 1998) (certifying a class of purchasers of Playmobil brand toy products).

*Sun Coast Resources, Inc. v. Cooper*, 967 S.W.2d 525, 528-29 (Tex. App. Ct. 1998) (affirming an order certifying a class of purchasers of tainted gasoline).

## Not Contested (Settlement Class)

*In re Haier Freezer Consumer Litig.*, No. 11-CV-02911-EJD, slip op. at 1 (N.D. Cal. Oct. 25, 2013) (Final Judgment and Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement) (certifying a settlement class of purchasers of the Haier model HNCM070E compact chest freezer).

*Rossi v. The Proctor & Gamble Co.*, 2013 WL 5523098, at *13 (D.N.J. Oct. 3, 2013) (certifying a settlement class of purchasers of Crest Sensitivity Treatment & Protection toothpaste).

*Date v. Sony Elecs. Inc.*, 2013 WL 3945981, at *3-4 (E.D. Mich. July 31, 2013) (certifying a settlement class of purchasers of Sony Grand Wega Televisions, models KDS-R50XBR1 and KDS-R60XBR1).

*Johnson v. General Mills, Inc.*, 2013 WL 3213832, at *2 (C.D. Cal. June 17, 2013) (certifying a settlement class of purchasers of General Mills Yo-Plus yogurt).

*Correa v. Sensa Prods., LLC*, No. BC476808, slip op. at 3 (Cal. Sup. Ct. Nov. 9, 2012) (Judgment, Final Order, and Decree Granting Final Approval to Class Action Settlement) (certifying a settlement class of purchasers of Sensa weight loss products).

*Gallucci v. Boiron, Inc.*, 2012 WL 5359485, at *3-4 (S.D. Cal. Oct. 31, 2012) (certifying a settlement class of purchasers of defendant's homeopathic cold products).

*Fishbein v. All Market Inc. d/b/a/ Vita Coco*, No. 11-CV-05580, slip op. at 2-3 (S.D.N.Y. Aug. 22, 2012) (Final Order and Judgment Approving Class Action Settlement) (certifying a settlement class of purchasers of Vita Coco coconut water).

*In re Sketchers Toning Shoe Prods. Liab. Litig.*, 2012 WL 3312668, at *2-6 (W.D. Ky. Aug. 13, 2012) (certifying a settlement class of purchasers of Sketchers Toning Shoes).

*O'Brien v. Brain Research Labs, LLC*, 2012 WL 3242365, at *10 (D.N.J. Aug. 9, 2012) (certifying a settlement class of purchasers of the Procera AVH memory-boosting

supplement).

*In re Nutella Mktg. & Sales Practices Litig.*, No. 11-CV-01086, slip op. at 3 (D.N.J. Jul. 31, 2012) (Final Approval Order and Judgment) (certifying a settlement class of purchasers of Nutella hazelnut spread).

*O'Brien v. LG Elecs. USA, Inc.*, No. 10-CV-04499, slip op. at 2-3 (D.N.J. Nov. 21, 2011) (Final Approval Order and Judgment) (certifying a settlement class of purchasers of LG refrigerators, models LFX 25975, LFX 28977, LMX 25985, and LFX21975, and Kenmore refrigerators, models Kenmore 7975, Kenmore 7978, and Kenmore 7973).

*Kelly v. Phiten USA, Inc.*, 277 F.R.D. 564, 572 (S.D. Iowa Oct. 28, 2011) (certifying a settlement class of purchasers of defendant's bracelets, necklaces, shoe insoles, linens, bedding, and other products, which were advertised to provide certain health benefits).

*In re Pet Food Prods. Liab. Litig.*, 629 F.3d 333, 359 (3d Cir. 2010) (affirming certification of a settlement class of purchasers of certain brands of wet pet food that were contaminated with melamine and cyanuric acid).

*In re M3 Power Razor System Mktg. & Sales Practice Litig.*, 270 F.R.D. 5, 64 (D. Mass. 2010) (certifying a settlement class of purchasers of the Gillette M3P battery-operated shaving razor).

*In re Compact Disc Minimum Advertised Price Antitrust Litig.*, 216 F.R.D. 197, 206 (D. Me. 2003) (certifying a broad settlement class of purchasers of compact disc ("CD") music products).

*Rinaldi v. Iomega Corp.*, 2001 WL 34890424, at *1 (Del. Super. June 29, 2001) (certifying a settlement class of purchasers of Iomega Zip Drives).