UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60831-CIV-DAMIAN

**NATHAN VIDAL and EDUARDO GRANADOS, on behalf of themselves and all other similarly situated individuals**,

    Plaintiffs,

v.

**THE HERSHEY COMPANY**,

    Defendant.

_____/

## ORDER REOPENING CASE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On September 19, 2025, this Court granted Defendant's Motion to Dismiss without prejudice and administratively closed the case. [ECF No. 47]. This Court recently granted Plaintiffs' Motion for Leave to File an Amended Class Action Complaint. [ECF No. 57]. It is therefore,

**ORDERED** that the Clerk of Court is directed to **REOPEN** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 2nd day of December, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record