# EXHIBIT A

Ship to 33427 | West Boca Raton



reeses pumpkins

**⊙circle week is here!**
Join ⊙circle for **free** & save with BIG deals today. Ends 10/11. **Learn more**

Target › Grocery › Candy › Chocolate Candy





Explore the Halloween Shop

**Shop all Reese's**

## Reese's Peanut Butter Milk Chocolate Pumpkins Halloween Candy

★★★★★ 4943 ⌄ | 4 Questions

**$8.29** ($0.51/ounce)

→ See 1 deal for this item

**Size** 16.2oz

| 2.4oz | 7.2oz | 9.6oz | **16.2oz** | 54o |

**Count** 1

[ 1 ]





| Pickup<br>Ready by October 5 | Delivery<br>Check availability | Shipping<br>Arrives by Wed, Oct 8 |

**Pick up at West Boca Raton**

Check other stores

Ready by October 5 for pickup inside the store

Qty 1    Add to cart

Sign in to buy now

**Free & easy returns**
Return this item by mail or in store within 90 days for a full refund.

Eligible for registries and wish lists    Sign in

Add to list

**Available deals**

**Target Circle Deal: Buy 1, get 1 50% off select trick or treat products**
Eligible with Target Circle membership · Expires Oct 11 · Show items and details





Show more images

## About this item

Details

Label info

**Serving Size:** 34 g
**Serving Per Container:** about 14
Amount :

**Calories:** 170

% Daily Value*

**Total Fat** 10g                                                  13%

**Saturated Fat** 3.5g                                             18%

**Trans Fat** 0g

**Cholesterol** 0mg                                                0%

**Sodium** 130mg                                                   6%

Show all nutritional info

**Ingredients:**

Peanuts, Milk Chocolate Sugar, Cocoa Butter, Chocolate, Skim Milk, Milk Fat, Lactose, Lecithin (Soy), Pgpr), Sugar, Dextrose, Vegetable Oil Palm Oil, Shea Oil, Sunflower Oil, Palm Kernel Oil, &/Or Safflower Oil), Contains 2% Or Less Of: Chocolate, Salt, Skim Milk, Whey (Milk), Lecithin (Soy), Tbhq & Citric Acid (To Maintain Freshness), Vanillin Artificial Flavor).' '

**Allergens & Warnings:**

CONTAINS: PEANUTS, MILK, SOY.

Specifications

Shipping & Returns

Q&A (4)