# EXHIBIT B

Ship to 33427    West Boca Raton



reeses peanut butter cups jumbo

⊙circle week is here!
Join ⊙circle for free & save with BIG deals today. Ends 10/11. **Learn more**

Target > Grocery > Candy > Chocolate Candy



**Shop all Reese's**

## Reese's Peanut Butter Milk Chocolate Cups Halloween Candy Jumbo Snack Size - 19.5oz

★★★★★ **1000** ⌄    **1 Question**

⭐ Highly rated

**$8.29** ($0.43/ounce)

⊙ See 1 deal for this item

| Pickup | Delivery | Shipping |
|---|---|---|
| Ready by October 5 | Check availability | Arrives by Wed, Oct 8 |

**Pick up at West Boca Raton**
**Check other stores**

Ready by October 5 for pickup inside the store

Qty 1 ⌄     **Add to cart**

**Sign in to buy now**





#### Free & easy returns

Return this item by mail or in store within 90 days for a full refund.

Eligible for registries and wish lists

Sign in

Add to list

### Available deals

**Target Circle Deal: Buy 1, get 1 50% off select trick or treat products**

Eligible with Target Circle membership · Expires Oct 11 · Show items and details

### At a glance

GF Gluten Free







Show more images

## About this item

Details

Label info

**Serving Size:** 21 g
**Serving Per Container:** about 26
Amount :

**Calories:** 110

% Daily Value*

**Total Fat** 6g                                              8%

**Saturated Fat** 2g                                      10%

**Trans Fat** 0g

**Cholesterol** 0mg                                        0%

Sodium 65mg                                                 3%

Show all nutritional info

**Ingredients:**

Milk Chocolate (Sugar, Cocoa Butter, Chocolate, Skim Milk, Milk Fat, Lactose, Lecithin (Soy), Pgpr), Peanuts, Sugar, Dextrose, Salt, Tbhq & Citric Acid (To Maintain Freshness).' '

**Allergens & Warnings:**

CONTAINS: PEANUTS, MILK, SOY.

Specifications

Shipping & Returns

Q&A (1)



Sponsored